UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER J. CORINES,

                            *Plaintiff*,

      v.

THE COUNTY OF WESTCHESTER, NEW YORK, *et al.*,

                            *Defendants*.

No. 22-CV-5179 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

     Peter Corines ("Plaintiff"), proceeding pro se, brings this 42 U.S.C. § 1983 Action against Westchester County (the "County"), Assistant Wardens Carl Vollmer ("Vollmer") and Francis Delgrosso ("Delgrosso"), Sergeants Hurley, Reyes-Rhodes, Lopez, and Ashterman, and two John Doe mailroom officers (collectively "Defendants") for violations of his constitutional rights while he was incarcerated at Westchester County Jail. (*See generally* Am. Compl. (Dkt. No. 9).)

     On March 25, 2024, the Court granted Defendants' Motion to Dismiss and dismissed with prejudice Plaintiff's claims against the named Defendants. (*See* Dkt. No. 38.) The Court gave Plaintiff 30 days to show cause why the claims against the John Doe Defendants should not be dismissed. (*See id.* at 27.) Plaintiff did not do so. (*See generally* Dkt.) On May 20, 2024, the Court issued an order to show cause why the Action should not be dismissed for failure to prosecute. (*See* Dkt. No. 39.) On April 25, 2024, Plaintiff filed an appeal. (*See generally* Dkt.; *see also* Dkt. No. 40.) On June 12, 2024, Plaintiff responded to the order to show cause and claimed that his delay "was due to unforeseen medical issues and requested an extension of time

was for religious observance." (Dkt. No. 41 at 1–2.) On September 4, 2024, Plaintiff requested leave to file an amended complaint. (*See* Dkt. No. 42.) By order dated October 4, 2024, the Second Circuit noted that Plaintiff's appeal was dismissed effective July 5, 2024. (*See* Dkt. No. 43.) Plaintiff has not communicated with the Court since September 2024.

Accordingly, Plaintiff is directed to file an amended complaint as to his claims against John Doe Defendants by no later than 30 days from the date of this Order. The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

DATED:   August 22, 2025
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE