
**WESTCHESTER** COUNTY

Kenneth W. Jenkins
County Executive

Office of the County Attorney

John M. Nonna
County Attorney

March 27, 2026

**VIA ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

### Re: Corines v. Westchester County, et al., 22-cv-5179 (KMK)

Dear Judge Karas:

This office represents the Westchester County defendants in the above-referenced action.

On March 20, 2026, this Court scheduled a telephonic status conference in this matter for Monday, April 6, 2026 at 10:00 a.m. I write to respectfully request an adjournment of the conference, as I will be in transit on that date after the holiday weekend. Plaintiff informed me that he consents to the adjournment.

I thank you in advance for your time and consideration of this matter, and should your staff need to contact me, I can be reached at (914) 995-3637.

Granted. The conference is
adjourned to 4/ 10 /26, at 10:30

So-Ordered

3/27/26

Respectfully submitted,

/s/ Loren Zeitler
Loren Zeitler
Associate County Attorney

cc:   Peter J. Corines (via U.S. Mail)
      249 Park Avenue
      Eastchester, NY 10709
      *Pro se* Plaintiff

Michaelian Office Building
148 Martine Avenue
White Plains, New York 10601          Telephone: (914) 995-2600          Website: westchestercountyny.gov